**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

GLADYS ORTIZ, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

  v.

KIDS TOWN INC.,
JOSEPH SUTTON, and
MARC SUTTON,

                Defendants.

**Case No.**: 23-cv-00736

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants KIDS TOWN INC., and JOSEPH SUTTON (collectively "Defendants"), having offered to allow Plaintiff GLADYS ORTIZ ("Plaintiff") to take a judgment against them, in the sum of Five Thousand Dollars and Zero Cents ($5,000.00), inclusive of legal fees and costs, with respect to Plaintiff's individual federal claims only under the Fair Labor Standards Act, as amended, against Defendants in her Complaint in the above captioned action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated September 11, 2023 and filed as Exhibit A to Docket Number 16;

    **WHEREAS**, on September 13, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 16);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff GLADYS ORTIZ, in the sum of $5,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated September 11, 2023 and filed as Exhibit A to Docket Number 16. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2023        _____
       New York, New York                             U.S.D.J.